UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-17280 |
| | ) | |
| SUSAN S. PULETTI | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| Debtor. | ) | JUDGE JESSICA E. PRICE SMITH |

**AMENDED MOTION TO MODIFY DEBTOR'S CONFIRMED CHAPTER 13 PLAN**

Now comes Debtor, by and through counsel, and hereby moves this Honorable Court pursuant to 11 U.S.C. § 1329(a)(1) &(3) to modify her Chapter 13 Plan as originally Confirmed by Order of this Court entered December 22, 2016 (Doc 76) in accordance with the Modified Plan dated September 27, 2017, as filed. This Modified Plan is necessary to provide for the surrender of her residence home due to recent financial circumstances which left her incapable of meeting necessary household expenses. Debtor's Modified Plan further proposes to increase the dividend to unsecured creditors from 3% to 30%.

For cause, Debtor's Plan was confirmed following the approval of her mortgage loan modification in October 2016. During the second quarter of 2017, Debtor's income has been drastically reduced due to wage reductions and her daughter's graduation from high school. Debtor will not be able meet her basic household living expenses unless the current plan is modified to surrender her residence home as secured by a loan with Seterus. Debtor proposes to increase the dividend to unsecured creditors if the conduit mortgage payments are terminated. Modification of Debtor's Chapter 13 Plan is needed to maintain Plan feasibility given the significant change in the Debtor's circumstances.

Therefore, Debtor requests that her Confirmed Plan be modified to reduce the total Plan payment to $117.00 per month, to provide for the surrender of the residence home securing the claim of Seterus, and to allow for an increased dividend to unsecured creditors to the greater of $3,053.00 or 30%. Under Debtor's proposed Modified Plan dated September 27, 2017, Seterus will be able to liquidate the real property collateral toward its secured claim in this matter, and all other creditors will receive increased dividends on their allowed claims. The proposed modified Plan will allow Debtor to maintain the feasibility requirements of 11 U.S.C. § 1325(a)(6) and complete her reorganization.

The proposed modification of Debtor's Confirmed Plan does not adversely alter the treatment of any other creditors from the previously Confirmed Plan except as set forth above. The Plan, *as modified,* complies with all Chapter 13 requirements, and is reasonable and proposed in good faith.

Respectfully submitted,

/s/ Charles J. Van Ness
Charles J. Van Ness (0047365)
Attorney for Debtor
6181 Mayfield Road, Suite 104
Mayfield Heights, OH 44124
Phone: (440) 461-4433
Fax: (440) 461-4434
CJVLAW@prodigy.net

## CERTIFICATE OF SERVICE

A copy of the foregoing MOTION was served via first-class U.S. Mail (or ECF) on September 27, 2017, to the following parties:

Craig Shopneck (via ECF)
Chapter 13 Trustee
ch13shopneck@ch.13cleve.com

Edward A. Bailey (via ECF)
Attorney for Federal National Mortgage Assoc.
Ebailey@reimerlaw.com

Bank of America
7105 Corporate Drive
Mail Stop PTX-C-35
Plano, TX 75024

Cleveland Clinic
9500 Euclid Avenue
Cleveland, OH 44106

Comenity Bank Bankruptcy Department
dba Victoria's Secret
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank Bankruptcy Department
dba Dots
PO Box 182789
Columbus, OH 43218-2125

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Dominion East Ohio
Attn: Bankruptcy
70 E. Cary
19th Floor
Richmond, VA 23219

Drs. Nassif Rinaldi Broo
c/o First Federal Credit Control
24700 Chagrin Blvd. #205
Beachwood, OH 44122-5662

Emergency Professional Services Inc
PO Box 740021
Cincinnati, OH 45263-4704

Hillcrest Hospital
PO Box 74397
Cleveland, OH 44194

Hospital Medical Practices
c/o First Federal Credit Control
24700 Chagrin Blvd. #205
Beachwood, OH 44122-5662

HSBC Bank
PO Box 5222
Carol Stream, IL 60197-5222

Huntington National Bank
41 South High Street
Columbus, OH 43287

Ohio Attorney General
Collection Enforcement Section
150 E. Gay Street, 21st Floor
Columbus, OH 43215

Ohio Department of Taxation
xxx-xx-2270
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Pinnacle Credit Services
7900 Highway 7, Ste 100
Minneapolis, MN 55426

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, TX 75247-4029

Seterus
14523 SW Millikan Way
Suite 200
Beaverton, OR 97005

Sprint
PO Box 740503
Atlanta, GA 30374-0503

Target National Bank
3901 West 53rd Street
Sioux Falls, SD 57106

The Illuminating Company
6896 Miller Road
Brecksville, OH 44141

Verizon Wireless
Bankruptcy Department
PO Box 3397
Bloomington, IL 61702

/s/ Charles J. Van Ness
Charles J. Van Ness (0047365)
Attorney for Debtor