```
                              United States Bankruptcy Court
                              Northern District of Ohio
In re:                                                                               Case No. 15-17280-jps
Susan S. Puletti                                                                     Chapter 13
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0647-1           User: lsmit                  Page 1 of 2                   Date Rcvd: Oct 24, 2017
                               Form ID: pdf820              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
db             +Susan S. Puletti,    32887 Cedar Road,    Mayfield Heights, OH 44124-4252
24068558       +Bank of America,    7105 Corporate Drive,    Mail Stop PTX-C-35,    Plano, TX 75024-4100
24068559       +Berea Municipal Court,    11 Berea Commons,    Berea, OH 44017-2567
24068560        Cleveland Clinic,    9500 Euclid Avenue,    Cleveland, OH 44106
24068561        Comenity Bank Bankruptcy Department,     dba Victoria's Secret,    PO Box 182125,
                 Columbus, OH 43218-2125
24068562       +Comenity Bank Bankruptcy Department,     dba Dots,    PO Box 182789,    Columbus, OH 43218-2789
24068564       +Cuyahoga County Court Common Pleas,     1200 Ontario Street,    Cleveland, OH 44113-1604
24068565        Dominion East Ohio,    Attn: Bankruptcy,    70 E. Cary,    19th Floor,    Richmond, VA 23219
24068566        Drs. Nassif Rinaldi Broo,    c/o First Federal Credit Control,     24700 Chagrin Blvd. #205,
                 Beachwood, OH 44122-5662
24068567        Emergency Professional Services Inc,     PO Box 740021,    Cincinnati, OH 45263-4704
24068568       +Enhanced Recovery Company,    PO Box 23870,    Jacksonville, FL 32241-3870
24305593       +Federal National Mortgage Association,     c/o Seterus, Inc.,    P.O. Box 1047,
                 Hartford, CT 06143-1047
24068571        HSBC Bank,    PO Box 5222,   Carol Stream, IL 60197-5222
24068569       +Hillcrest Hospital,    PO Box 74397,    Cleveland, OH 44194-0497
24068570        Hospital Medical Practices Univesit,     c/o First Federal Credit Control,
                 24700 Chagrin Blvd. #205,    Beachwood, OH 44122-5662
24068573        JP Recovery Services, Inc.,    PO Box 16749,    Rocky River, OH 44116-0749
24068574        Lerner, Sampson & Rothfuss,    PO Box 5480,    Cincinnati, OH 45201-5480
24068575       +Malcolm Gerald and Assoc.,    332 S. Michigan #600,     Chicago, IL 60604-4318
24068576       +National Credit Adjusters,    PO Box 3023,    327 W 4th St.,    Hutchinson, KS 67501-4842
24068577       +Ohio Attorney General,    Collection Enforcement Section,     150 E. Gay Street, 21st Floor,
                 Columbus, OH 43215-3191
24068579       +Phillips & Mille Co., LPA,    7530 LucerneDr., Suite 200,     Middleburg Heights, OH 44130-6586
24068580       +Pinnacle Credit Services,    7900 Highway 7, Ste 100,     Minneapolis, MN 55426-4045
24068584       +Target National Bank,    3901 West 53rd Street,    Sioux Falls, SD 57106-4221
24068586       +Verizon Wireless,    Bankruptcy Department,    PO Box 3397,    Bloomington, IL 61702-3397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24068557        E-mail/Text: legal@arsnational.com Oct 24 2017 21:59:50      ARS National Services,
                 PO Box 469046,    Escondido, CA 92046-9046
24068585        E-mail/Text: bankruptcy@firstenergycorp.com Oct 24 2017 22:00:19       The Illuminating Company,
                 6896 Miller Road,    Brecksville, OH 44141
24068563        E-mail/PDF: creditonebknotifications@resurgent.com Oct 24 2017 22:04:18       Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
24292418       +E-mail/Text: ohiobankruptcy@dom.com Oct 24 2017 22:01:15      Dominion East Ohio Gas,
                 PO Box 5759,    Cleveland OH 44101-0759
24068572       +E-mail/Text: bankruptcy@huntington.com Oct 24 2017 22:00:10       Huntington National Bank,
                 41 South High Street,    Columbus, OH 43287-0001
24177998        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 24 2017 22:00:36       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
24145659       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 24 2017 22:00:32       KeyBank N.A.,
                 4910 Tiedeman Rd.,    Brooklyn, OH 44144-2338
24068578        E-mail/Text: Bankruptcy.notices@tax.state.oh.us Oct 24 2017 22:01:07
                 Ohio Department of Taxation,    xxx-xx-2270),   Attn: Bankruptcy Division,    PO Box 530,
                 Columbus, OH 43216-0530
24152603        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2017 22:04:21
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
24158537        E-mail/Text: bnc-quantum@quantum3group.com Oct 24 2017 21:59:57
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
24068581        E-mail/Text: bk@revenuegroup.com Oct 24 2017 22:01:01      Revenue Group,
                 4780 Hinckley Industrial Parkway,    Suite 200,    Cleveland, OH 44109
24155454        E-mail/Text: bkdepartment@rtresolutions.com Oct 24 2017 22:00:31
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
24068583        E-mail/Text: appebnmailbox@sprint.com Oct 24 2017 22:00:06      Sprint,    PO Box 740503,
                 Atlanta, GA 30374-0503
24162245       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 24 2017 22:00:19       The Illuminating Co,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
24068556       +E-mail/Text: BKRMailOps@weltman.com Oct 24 2017 22:00:25       Weltman, Weinberg & Reis Co., LPA,
                 323 W. Lakeside Avenue, Suite 200,    Cleveland, OH 44113-1009
                                                                                                TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FEDERAL NATIONAL MORTGAGE ASSOCIATION
24068587*      +Weltman, Weinberg & Reis Co., LPA,    323 W. Lakeside Avenue, Suite 200,
                 Cleveland, OH 44113-1009
```

```
District/off: 0647-1           User: lsmit                   Page 2 of 2                   Date Rcvd: Oct 24, 2017
                               Form ID: pdf820               Total Noticed: 39
```

24068582     ##Seterus, Inc.,    ATTN: Customer Service Dept.,    PO Box 2008,    Grand Rapids, MI 49501-2008
                                                                                          TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:

      Andrew D. Goldberg    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
       Bkmail@rosicki.com
      Charles J. Van Ness    on behalf of Debtor Susan S. Puletti cjvlaw@prodigy.net
      Edward A. Bailey    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
       bknotice@reimerlaw.com
      Lauren A Helbling    ch13trustee@ch13cleve.com,    lhelbling13@ecf.epiqsystems.com
                                                                                                  TOTAL: 4

IT IS SO ORDERED.

Dated:  20 October, 2017 10:16 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-17280 |
| | ) | |
| SUSAN S. PULETTI | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| Debtor. | ) | JUDGE JESSICA E. PRICE SMITH |

### ORDER GRANTING MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

This matter is before the Court on Debtor's Amended Motion to Modify Confirmed Chapter 13 Plan (Doc 91).

The Court finds that Debtor has alleged that good cause exists for granting her Motion, that all interested parties have been served with notice of the Motion and the hearing date, that no party filed an objection or otherwise appeared in opposition to the Motion, and it appears appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED THAT Debtor's Amended Motion to Modify Confirmed Plan is hereby granted, and that the terms of her Modified Chapter 13 Plan dated September 27, 2017 (Doc 91) shall be ordered into effect immediately as the Confirmed Plan in this case pursuant to 11 U.S.C. § 1329(b)(2).

Submitted by:

/s/ Charles J. Van Ness
Charles J. Van Ness (0047365)
Attorney for Debtor
6181 Mayfield Road, Suite 104
Mayfield Hts., OH 44124
Phone: (440) 461-4433
Fax: (440) 461-4434
CJVLAW@prodigy.net

REQUEST FOR SERVICE

Please serve the foregoing Order via U.S. Mail (or ECF) upon:

Lauren A. Helbling (via ECF)
Chapter 13 Trustee
ch13trustee@ch.13cleve.com

Edward A. Bailey (via ECF)
Attorney for Federal National Mortgage Assoc.
Ebailey@reimerlaw.com

Bank of America
7105 Corporate Drive
Mail Stop PTX-C-35
Plano, TX 75024

Cleveland Clinic
9500 Euclid Avenue
Cleveland, OH 44106

Comenity Bank Bankruptcy Department
dba Victoria's Secret
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank Bankruptcy Department
dba Dots
PO Box 182789
Columbus, OH 43218-2125

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Dominion East Ohio
Attn: Bankruptcy
70 E. Cary
19th Floor
Richmond, VA 23219

Drs. Nassif Rinaldi Broo
c/o First Federal Credit Control
24700 Chagrin Blvd. #205
Beachwood, OH 44122-5662

Emergency Professional Services Inc
PO Box 740021
Cincinnati, OH 45263-4704

Hillcrest Hospital
PO Box 74397
Cleveland, OH 44194

Hospital Medical Practices
c/o First Federal Credit Control
24700 Chagrin Blvd. #205
Beachwood, OH 44122-5662

HSBC Bank
PO Box 5222
Carol Stream, IL 60197-5222

Huntington National Bank
41 South High Street
Columbus, OH 43287

Ohio Attorney General
Collection Enforcement Section
150 E. Gay Street, 21st Floor
Columbus, OH 43215

Ohio Department of Taxation
xxx-xx-2270
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Pinnacle Credit Services
7900 Highway 7, Ste 100
Minneapolis, MN 55426

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, TX 75247-4029

Seterus
14523 SW Millikan Way
Suite 200
Beaverton, OR 97005

Sprint
PO Box 740503
Atlanta, GA 30374-0503

Target National Bank
3901 West 53rd Street
Sioux Falls, SD 57106

The Illuminating Company
6896 Miller Road
Brecksville, OH 44141

Verizon Wireless
Bankruptcy Department
PO Box 3397
Bloomington, IL 61702

# # #